UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cause No. 1:19-cr-0017-JMS-TAB |
| | ) | |
| JORGE TADEO, | ) | -01 |
|     a/k/a Panda, | ) | |
| MARIO TADEO, | ) | -02 |
|     a/k/a Gordo, | ) | |
| RAUL LNU, | ) | -03 |
| JUAN LNU, | ) | -04 |
| ANTONIA CORTEZ-GONZALEZ, | ) | -05 |
| RAUL PRIETO-CRUZ, | ) | -06 |
| NOEL ALARCON-CALDERON, | ) | -07 |
| MANUEL GUTIERREZ-CARMONA | ) | -08 |
| JEANETTE FALCON, | ) | -09 |
| ESEQUIEL LOZANO-LOPEZ, | ) | -10 |
|     a/k/a Tito, | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER TO UNSEAL

Upon the Motion of the United States of America, it is hereby ORDERED that the above-captioned cause be unsealed.

The Clerk of this Court is ordered and directed to unseal the above-captioned cause.

So ORDERED.

Date: 1/30/2019

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system